# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–5 | User: admin | Date Created: 12/9/2024 |
| Case: 24–82357–CRJ13 | Form ID: pdf008 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
tr    Michele T. Hatcher    ecf@ch13decatur.com
aty    John C. Larsen    john@jlarsenlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Julia Johnson    1307 Pecan Point Way SE    Huntsville, AL 35803
11507889    Bryant Bank    234 Goodwin Crest Dr    Suite 500    Homewood, AL 35209
11507893    Bryant Bank    PO Box 2087    Birmingham, AL 35201–2087
11507894    Burr & Forman, LLP    420 North 20th St    Ste 3400    Birmingham, AL 35203
11507890    Hood Law, LLC    1117 22nd St South    Ste 101–A    Birmingham, AL 35205
11507891    Redstone Federal Credit Union    Attn: Bankruptcy Dept    220 Wynn Drive    Huntsville, AL 35893
11507892    Synchrony Bank/Sams Club    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896

TOTAL: 7