

**Consumer Financial Education Foundation of America**

Certificate Number: 24-96039

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*

hereby certifies that

## Julia Johnson

completed a session of Credit Counseling, required pursuant to 11 U.S.C. Section 521 (b).

Done this 6th day of December, 2024.



Rickard K. Mauk
Certified Financial Health Counselor