IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Julia Johnson )
    SSN: XXX-XX-7598 )
     )
     ) Chapter 13
     )
     )
    Debtor(s). )

### Income Affidavit

My name is Julia Johnson. I am over the age of nineteen and a resident of Madison County, Alabama. I am competent to give the testimony contained in this Affidavit. I currently receive $5,221.71 per month in Pension pay, and $2.045.29 per month in Pension pay on behalf of my deceased husband. These are my only sources of income.

_____
Julia Johnson

Sworn to and subscribed before me this the ___ day of November, 2024.

_____
Notary Public
My Commission Expires: _____

LORI SUZANNE WILKINS
NOTARY PUBLIC
ALABAMA STATE AT LARGE

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtors

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008