**Def−005** [Notice to File Certification] (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 24−82357−CRJ13 |
| Julia Johnson | **Chapter** 13 |
| **SSN:** xxx−xx−7598 | |
| | |
| **Debtor(s)** | |

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

   Notice is hereby given that, subject to limited exceptions, a Debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) or chapter 13 (11 U.S.C. § 1328). Generally, financial course providers will file a certificate with the Court to indicate that the Debtor has completed the course.

   If the course provider fails to file the certificate, a Debtor must file a certificate of financial management course completion pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7). If Rule 1007(b)(7) requires a Debtor to file a certificate and a Debtor fails to do so, the Court will not enter a discharge and will close the case. If a Debtor subsequently files a Motion to Reopen the Case to allow for the filing of the certificate, the full reopening fee must be paid for filing the motion, and the fee cannot be waived. Depending on the circumstances, the Court may order the Debtor's attorney to pay the reopening fee instead of the Debtor.

Dated:   December 9, 2024                    By:

                                             Joseph E. Bulgarella, Clerk
                                             United States Bankruptcy Court