# Notice Recipients

District/Off: 1126–5     User: admin     Date Created: 12/09/2024
Case: 24–82357–CRJ13     Form ID: def005     Total: 3

**Recipients of Notice of Electronic Filing:**
tr    Michele T. Hatcher    ecf@ch13decatur.com
aty    John C. Larsen    john@jlarsenlaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Julia Johnson    1307 Pecan Point Way SE    Huntsville, AL 35803

TOTAL: 1