# Notice Recipients

District/Off: 1126−5  User: admin  Date Created: 12/09/2024
Case: 24−82357−CRJ13  Form ID: 309I  Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julia Johnson | 1307 Pecan Point Way SE | Huntsville, AL 35803 | |
| tr | Michele T. Hatcher | Chapter 13 Trustee | P.O. Box 2388 | Decatur, AL 35602 |
| aty | John C. Larsen | Larsen Law, P.C. | 1733 Winchester Rd | Huntsville, AL 35811 |
| 11507889 | Bryant Bank | 234 Goodwin Crest Dr | Suite 500 | Homewood, AL 35209 |
| 11507893 | Bryant Bank | PO Box 2087 | Birmingham, AL 35201−2087 | |
| 11507894 | Burr & Forman, LLP | 420 North 20th St | Ste 3400 | Birmingham, AL 35203 |
| 11507890 | Hood Law, LLC | 1117 22nd St South | Ste 101−A | Birmingham, AL 35205 |
| 11507891 | Redstone Federal Credit Union | Attn: Bankruptcy Dept | 220 Wynn Drive | Huntsville, AL 35893 |
| 11507892 | Synchrony Bank/Sams Club | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |

TOTAL: 9