IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| JULIA JOHNSON ) | CASE NO.: 24-82357-CRJ13 |
| SSN: XXX-XX-7598 ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE

COME NOW, Kevin D. Heard and the law firm of Heard, Ary & Dauro, LLC, and hereby serve notice of appearance as counsel on behalf of Creditor Bryant Bank. The undersigned counsel requests that he be added to the Clerk of Court's service list for receipt of all notices, pleadings, and communications in the above-styled matter.

Respectfully submitted on this the 18th day of December, 2024.

                                                   */s/ Kevin D. Heard*
                                                   Kevin D. Heard (HEA024)
                                                   *Attorney for Bryant Bank*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW, Suite 921
Huntsville, AL 35801
Tel: (256) 535-0817
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2024, I served a copy of the foregoing **Notice of Appearance** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
John C. Larsen for Debtor john@jlarsenlaw.com
Michele T. Hatcher, Chapter 13 Trustee ecf@ch13decatur.com, michele.hatcher@ch13decatur.com

**Notice will not be electronically mailed to:**

                                                 */s/ Kevin D. Heard*
                                                   KEVIN D. HEARD

1