# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                          **Case No.** 24–82357–CRJ13
Julia Johnson                                                    **Chapter** 13
**SSN:** xxx–xx–7598

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*14* – Objection to Debtor's Claim of Exemptions Filed by Trustee Michele T. Hatcher. (Hatcheroffice, tg)

**Date: Wednesday, February 19, 2025          Time: 10:00 AM**

**Location: United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: January 24, 2025                              By:

                                                            William M Halcomb, Clerk
                                                            United States Bankruptcy Court

slc