# Notice Recipients

District/Off: 1126–5    User: admin    Date Created: 1/24/2025
Case: 24–82357–CRJ13    Form ID: van002    Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Kevin D. Heard | kheard@heardlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Julia Johnson | 1307 Pecan Point Way SE    Huntsville, AL 35803 |
| cr | Bryant Bank | c/o Kevin D. Heard    303 Williams Ave., Ste. 921    Huntsville, AL 35801 |
| 11507889 | Bryant Bank | 234 Goodwin Crest Dr    Suite 500    Homewood, AL 35209 |
| 11507893 | Bryant Bank | PO Box 2087    Birmingham, AL 35201–2087 |
| 11507894 | Burr & Forman, LLP | 420 North 20th St    Ste 3400    Birmingham, AL 35203 |
| 11507890 | Hood Law, LLC | 1117 22nd St South    Ste 101–A    Birmingham, AL 35205 |
| 11507891 | Redstone Federal Credit Union | Attn: Bankruptcy Dept    220 Wynn Drive    Huntsville, AL 35893 |
| 11507892 | Synchrony Bank/Sams Club | Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896 |

TOTAL: 8