IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Julia Johnson )
      SSN: XXX-XX-7598 )
       )
       )   Case No. 24-82357-CRJ13
       )   Chapter 13
      Debtor(s), )

MOTION TO ALLOW SALE

     Comes now the Debtor, Julia Johnson, and moves the Court to allow her to sell her current property located at 11008 Everest Circle SE Huntsville, AL 35803. In support of this motion, debtor states as follows:

1. This case was filed on December 6, 2024.

2. This case has not been confirmed.

3. Ms. Johnson has a mortgage with Bryant Bank for the property located at 11008 Everest Circle SE Huntsville, AL 35803 with a payoff balance of approximately $629,177.13.

4. The Debtor has entered into an agreement with an agent from Remax Realty to sell the property to Stanley & Josey Tillman for the amount of $510,000 pending the approval of this court.

5. After closing costs and expenses the estimated balance that will remain to Bryant Bank is $172,435.92. Bryant Bank has agreed to release their lien and file an unsecured claim for the remaining balance within 30 days from the date of closing, which will be paid in full through the Chapter 13 Plan.

6. The Debtor has no relation to the purchaser. The property has been on the market for more than one year and has had 3 prior offers. The prior offers were not concluded due to the purchaser's inability to secure funding that would pay the lien in full.

7. The Trustee will be provided any HUD1 or any other documents requested.

     WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor moves this Court to allow the sale of their residence.

                                                          Respectfully submitted,

                                                          /s/ John C. Larsen

Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL  35811
(256) 859-3008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the mailing matrix by depositing copies of this Motion in the United States Mail, properly addressed and postage prepaid, on this the 6th day of February, 2025.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 6th day of February, 2025.

/s/ John C. Larsen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-5<br>Case 24-82357-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Huntsville<br>Thu Feb  6 11:06:20 CST 2025 | Bryant Bank<br>c/o Kevin D. Heard<br>303 Williams Ave., Ste. 921<br>Huntsville, AL 35801-6084 | U. S. Bankruptcy Court<br>660 Gallatin Street SW, Room 1320<br>Huntsville, AL 35801-4913 |
| Bryant Bank<br>234 Goodwin Crest Dr<br>Suite 500<br>Homewood, AL 35209-3715 | (p)BRYANT BANK<br>ATTN RESEARCH<br>PO BOX 2087<br>BIRMINGHAM AL 35201-2087 | Burr & Forman, LLP<br>420 North 20th St<br>Ste 3400<br>Birmingham, AL 35203-3284 |
| Hood Law, LLC<br>1117 22nd St South<br>Ste 101-A<br>Birmingham, AL 35205-2813 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Redstone Federal Credit Union<br>Attn: Bankruptcy Dept<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Julia Johnson<br>1307 Pecan Point Way SE<br>Huntsville, AL 35803-3451 |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bryant Bank<br>PO Box 2087<br>Birmingham, AL 35201-2087 | Jefferson Capital Systems LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |