IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Julia Johnson ) | | |
|     SSN: XXX-XX-7598 ) | Case No. 24-82357-CRJ-13 | |
| ) | | |
| ) | Chapter 13 | |
| ) | | |
| Debtor(s). ) | | |

## MOTION FOR EXPEDITED HEARING

Comes now the Debtor, Julia Johnson, and moves the Court to expedite the hearing for the previously filed Motion to Allow Sale so that the closing may take place on February 28, 2025.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Debtor requests that the Court enter an order for an expedited hearing to be held February 20, 2025.

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
John@JLarsenLaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Expedited Hearing has been served upon all parties listed in this case and on Michele Hatcher, Chapter 13 Trustee, electronically, on this the 6th day of February, 2025.

/s/ John C. Larsen

| Label Matrix for local noticing | Bryant Bank | U. S. Bankruptcy Court |
|---|---|---|
| 1126-5 | c/o Kevin D. Heard | 660 Gallatin Street SW, Room 1320 |
| Case 24-82357-CRJ13 | 303 Williams Ave., Ste. 921 | Huntsville, AL 35801-4913 |
| NORTHERN DISTRICT OF ALABAMA | Huntsville, AL 35801-6084 | |
| Huntsville | | |
| Thu Feb  6 11:06:20 CST 2025 | | |
| Bryant Bank | (p)BRYANT BANK | Burr & Forman, LLP |
| 234 Goodwin Crest Dr | ATTN RESEARCH | 420 North 20th St |
| Suite 500 | PO BOX 2087 | Ste 3400 |
| Homewood, AL 35209-3715 | BIRMINGHAM AL 35201-2087 | Birmingham, AL 35203-3284 |
| Hood Law, LLC | (p)JEFFERSON CAPITAL SYSTEMS LLC | Redstone Federal Credit Union |
| 1117 22nd St South | PO BOX 7999 | Attn: Bankruptcy Dept |
| Ste 101-A | SAINT CLOUD MN 56302-7999 | 220 Wynn Drive |
| Birmingham, AL 35205-2813 | | Huntsville, AL 35893-0001 |
| Synchrony Bank/Sams Club | John C. Larsen | Julia Johnson |
| Attn: Bankruptcy | Larsen Law, P.C. | 1307 Pecan Point Way SE |
| Po Box 965060 | 1733 Winchester Rd | Huntsville, AL 35803-3451 |
| Orlando, FL 32896-5060 | Huntsville, AL 35811-9190 | |
| Michele T. Hatcher | | |
| Chapter 13 Trustee | | |
| P.O. Box 2388 | | |
| Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bryant Bank | Jefferson Capital Systems LLC | End of Label Matrix |
|---|---|---|
| PO Box 2087 | Po Box 7999 | Mailable recipients    12 |
| Birmingham, AL 35201-2087 | St. Cloud, MN 56302-9617 | Bypassed recipients     0 |
| | | Total                  12 |