**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Julia Johnson | ) | Case No. 24-82357-CRJ-13 |
| | ) | |
| SSN XXX-XX-7598 | ) | |
| DEBTOR | ) | CHAPTER 13 |
| | ) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S**
**MOTION TO ALLOW SALE**

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee in the above styled case, and requests to be heard on the Motion to Allow Sale, filed by the Debtor on February 6, 2025, Doc. 18. As grounds therefore the Trustee would show unto this Court as follows:

1. The Trustee requests the matter be set for a hearing in order for the Trustee to review and make a recommendation to the Court.

WHEREFORE, The Trustee requests the matter be set for a hearing.

RESPECTFULLY SUBMITTED, this 7th day of February, 2025.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 7, 2025, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.


John C. Larsen
Debtor's Attorney
1733 Winchester Road
Huntsville, AL. 35811
(Served electronically)

Julia Johnson
1307 Pecan Point Way SE
Huntsville, AL. 35803

Kevin Heard
Creditor's attorney, Bryant Bank
303 Williams Avenue, Ste. 921
Huntsville, AL. 35801-6084

Byrant Bank
Attn: Research
PO Box 2087
Birmingham, AL. 35201

                                        <u>/s/ Michele T. Hatcher</u>
                                        Trustee

3-25-2015