UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| Julia Johnson | } | Case No. 24-82357-CRJ13 |
| SSN: XXX-XX-7598 | } | |
| | } | Chapter 13 |
| Debtor(s) | } | |

ORDER ON MOTION FOR EXPEDITED HEARING

This matter is before the Court on the following:

Motion by Debtor(s) for Expedited Hearing on Motion to Allow Sale of Property

The Court, having considered the pleading, it is therefore ORDERED, ADJUDGED and DECREED that:

The Motion by Debtor(s) for Expedited Hearing is hereby APPROVED. HEARING ON the Motion to Allow Sale will be held on February 20, 2025, at 10:00 a.m. at United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801.

Dated this the 7th day of February, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge