Van−002 [Notice of Hearing] (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**  
Julia Johnson  
**SSN:** xxx−xx−7598

**Case No.** 24−82357−CRJ13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*20* − Trustee's Motion to Dismiss Case Filed by Trustee Michele T. Hatcher. (Hatcheroffice, to)

**Date:  Wednesday, February 19, 2025      Time:  10:00 AM**

**Location:  United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  February 7, 2025

By:

William M Halcomb, Clerk  
United States Bankruptcy Court

slc