# Notice Recipients

District/Off: 1126-5　　　　User: admin　　　　Date Created: 2/7/2025
Case: 24-82357-CRJ13　　　　Form ID: van002　　　　Total: 12

**Recipients of Notice of Electronic Filing:**
tr　　Michele T. Hatcher　　ecf@ch13decatur.com
aty　　John C. Larsen　　john@jlarsenlaw.com
aty　　Kevin D. Heard　　kheard@heardlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Julia Johnson　　1307 Pecan Point Way SE　　Huntsville, AL 35803
cr　　Bryant Bank　　c/o Kevin D. Heard　　303 Williams Ave., Ste. 921　　Huntsville, AL 35801
11507889　　Bryant Bank　　234 Goodwin Crest Dr　　Suite 500　　Homewood, AL 35209
11507893　　Bryant Bank　　PO Box 2087　　Birmingham, AL 35201-2087
11507894　　Burr & Forman, LLP　　420 North 20th St　　Ste 3400　　Birmingham, AL 35203
11507890　　Hood Law, LLC　　1117 22nd St South　　Ste 101-A　　Birmingham, AL 35205
11545417　　Jefferson Capital Systems LLC　　Po Box 7999　　St. Cloud, MN 56302-9617
11507891　　Redstone Federal Credit Union　　Attn: Bankruptcy Dept　　220 Wynn Drive　　Huntsville, AL 35893
11507892　　Synchrony Bank/Sams Club　　Attn: Bankruptcy　　Po Box 965060　　Orlando, FL 32896

TOTAL: 9