IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:                        )
                                         )
JULIA JOHNSON                            )          CASE NO.: 24-82357-CRJ13
SSN: XXX-XX-7598                         )
                                         )          CHAPTER 13
            Debtor.                      )
                                         )
_____)

## CONDITIONAL OBJECTION TO MOTION TO ALLOW SALE

Comes now, Creditor Bryant Bank ("Bryant"), as a secured creditor in the above-styled

Chapter 13 case, and files this Conditional Objection to the Motion by Debtor Julia Johnson

("Debtor") to Allow Sale of certain real property [Doc. 18] (the "Motion"), and says:

1.      Debtor filed for relief under Chapter 13 of Title 11 in this district and division on December

        6, 2024.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core

        proceeding pursuant to 28 U.S.C. § 157(b)(2)(A),(N) and (O). Venue is proper in this

        district and division under 28 U.S.C. §§ 1408 and 1409.

3.      Pre-petition, the Debtor owed Bryant Bank approximately $623,177.13, plus accrued

        interest, late charges and attorney fees, which debt was secured by a mortgage upon certain

        real property owned by the Debtor and located at 11008 Everest Circle SE, Huntsville,

        Alabama 35803 (hereinafter, the "Property").  Bryant recorded its mortgage in the Office

        of the Judge of Probate for Madison County, Alabama, on May 18, 2022, at Mortgage

        Book 2022, Page 132059.

4.      Pursuant to her Motion to Allow Sale, Debtor seeks to sell the Property to Stanley and

        Josey Tillman for $510,000.  A review of the closing statement shows a credit to the seller

1

of $20,000. The Motion is silent as to what happened to that $20,000. See, ALTA Combined Settlement Statement attached hereto as Exhibit 1.

5. Additionally, while it may be inferred, the Motion does not expressly state that the sale proceeds, less the costs of sale, would be payable to Bryant Bank. To be clear, Bryant objects to the sale proceeds, including the $20,000, being used for any purpose other than in satisfaction of the debt owed to it by Debtor.

6. Furthermore, there is no agreement between the Debtor and Bryant regarding the sale of this Property, other than in exchange for Bryant's receipt of the net sale proceeds, including the $20,000 credit, it will release its lien upon the Property. Bryant reserves all other rights it has in this case including to object to confirmation based on the Debtor's conveyance of real property located at 1307 Pecan Point Way SE, Huntsville, Alabama, to the Julia Cravens Johnson Revocable Trust 71 days prior to filing for bankruptcy. [See Exhibits 2 and 3]. Upon information and belief, the Debtor used the proceeds from the loan it obtained from Bryant to purchase the real estate located at 1307 Pecan Point Way SE, Huntsville, Alabama. Because, however, the Debtor listed both real properties in Schedule A/B it is unclear whether she re-transferred the property at 1307 Pecan Point Way to herself and has not recorded a deed evidencing the transfer and whether there is any equity in this property which can use used to satisfy the remaining debt owed to Bryant.

WHEREFORE, for the reasons stated herein, Bryant Bank conditionally objects to the Debtor's Moton to Allow Sale [Doc. 18] and seeks such further and additional relief as the Court deems proper.

2

Respectfully submitted on this the 7th day of February, 2025.

/s/ Kevin D. Heard
Kevin D. Heard (HEA024)
*Attorney for Bryant Bank*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
Tel: (256) 535-0817
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2025, I served a copy of the foregoing **Conditional Objection to Motion to Allow Sale** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
John C. Larsen for Debtor john@jlarsenlaw.com
Michele T. Hatcher, Chapter 13 Trustee ecf@ch13decatur.com, michele.hatcher@ch13decatur.com

**Notice will not be electronically mailed to:**

/s/ Kevin D. Heard
KEVIN D. HEARD

3