| United Title, LLC | ALTA Combined Settlement Statement |
|---|---|
| ALTA Universal ID: 1236216 | |
| 415A Church Street NW, Suite 200 | |
| Huntsville, AL 35801 | |
| (256) 808-0112 | |

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 2024-70 | **Property** | 11008 Everest Circle Southeast Huntsville, AL 35803 | **Settlement Date** | 01/24/2025 |
| **Print Date & Time:** | 01/15/2025 at 10:24 AM CST | | | **Disbursement Date** | 01/24/2025 |
| **Real Estate Manager:** | Tiffany Sinclair | **Buyer** | Stanley Paul Tillman and Josey L. Tillman 6713 Mountain Ledge Drive Owens Cross Roads, AL 35763 | | |
| **Settlement Location:** | 415A Church Street NW, Suite 200 Huntsville, AL, 35801 | | | | |
| | | **Seller** | Julia M. Johnson 1307 Pecan Point Way Huntsville, AL 35803 | | |
| | | **Lender** | Redstone Federal Credit Union 220 Wynn Drive Huntsville, AL 35893 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $510,000.00 | Sale Price of Property | $510,000.00 | |
| | | Deposit | | $5,100.00 |
| | | Loan Amount | | $408,000.00 |
| $20,000.00 | | Seller Credit | | $20,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $1,347.80 | | County Taxes 10/01/2024 to 01/24/2025 | | $1,347.80 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $114.50 | |
| | | ---Deed: $28.25 | | |
| | | ---Mortgage: $86.25 | | |
| | | Deed Tax - State (Deed) to Madison County Probate Office | $510.00 | |
| | | E-Recording Fee to Madison County Probate Office | $10.50 | |
| | | | | |
| | | **Commission** | | |
| $14,330.00 | | Listing Agent Commission to First Class Real Estate Group, LLC - RE/MAX Today | | |
| $15,300.00 | | Selling Agent Commission to Keller Williams Intown Partners | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to United Title, LLC | $30.00 | |
| | | Title - CPL (Lender) to First American Title Insurance Company | $25.00 | |
| $87.50 | | Title - Insurance Binder Fee to United Title, LLC | $87.50 | |
| $75.00 | | Title - Lender's Title Policy to First American Title Insurance Company | $75.00 | |
| $30.00 | | Title - Payoff Processing Fee to United Title, LLC | | |
| | | Title - Settlement or Closing Fee to United Title, LLC | $650.00 | |
| | | Title - Title Review Fee to United Title, LLC | $100.00 | |
| | | Title - Title Search/Abstract Fee to Expert Title Services | $200.00 | |
| $175.00 | | Title - Document Preparation to McCurry, Miller and Hoekenschnieder, LLC | | |
| $30.00 | | Title - Fraud Prevention Service to Closinglock | $30.00 | |

# Exhibit 1

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| $875.00 | | Title - Owner's Title Policy to First American Title Insurance Company | $875.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| $970.00 | | Home Warranty | | |
| $38.49 | | Release Tracking to Require Inc. | | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| $53,258.79 | $510,000.00 | Subtotals | $512,707.50 | $434,447.80 |
| | | Due from Buyer | | $78,259.70 |
| $456,741.21 | | Due to Seller | | |
| $510,000.00 | $510,000.00 | Totals | $512,707.50 | $512,707.50 |

**See signature addendum**

Produced by United Title, LLC
Using Qualia
Case 24-82357-CRJ13    Doc 26-1    Filed 02/07/25    Entered 02/07/25 16:21:40    Desc
Exhibit 1    Page 2 of 3
Page 2 of 3
File # 2024-70
Printed on 01/15/2025 at 10:24 AM CST

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize United Title, LLC to cause the funds to be disbursed in accordance with this statement.

_____  
Stanley Paul Tillman                                                    Date

_____  
Julia M. Johnson                                                        Date

_____  
Josey L. Tillman                                                        Date

_____  
Settlement Agent                                                        Date

Produced by United Title, LLC
Using Qualia
Case 24-82357-CRJ13    Doc 26-1    Filed 02/07/25    Entered 02/07/25 16:21:40    Desc
Exhibit 1    Page 3 of 3
2024-70
Printed on 01/15/2025