This instrument was prepared by:
Law Office of Bobby Lott, Jr., LLC
400 Office Park Drive, Suite 103
Mountain Brook, AL 35223
205 – 731 – 7774

Send tax notice to:
Julia Marie Johnson
1307 Pecan Point Way SE
Huntsville, AL 35803

Document Prepared Without Title Search
No Opinion Given

## QUIT CLAIM DEED

STATE OF ALABAMA )
MADISON COUNTY )

Deed Book 2024 Page 37596
Madison County, Alabama
Frank Barger, PROBATE JUDGE
Recorded: 9/26/2024 3:35:54 PM
Tran: 773886
$638.75

KNOW ALL MEN BY THESE PRESENTS:

That in consideration of TEN DOLLARS ($10.00), in hand paid by JULIA MARIE JOHNSON, Grantor, a single woman, to JULIA MARIE JOHNSON, as TRUSTEE of the JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST, Grantee, the receipt whereof is hereby acknowledged, Grantor does bargain, sell, quit claim and convey to the said Grantee all his/her right, title, interest, and claim in or to the following described real estate, situated in **City of Huntsville, Madison County, Alabama**, to-wit:

Parcel # - 23-05-21-0-000-064.091

**LOT 95 ACCORDING TO THE FINAL PLAT FOR MORNINGSIDE MOUNTAIN PHASE 2, A RESUBDIVISION OF TRACT 1 OF MORNINGSIDE MOUNTAIN PHASE 1, FILED AS DOCUMENT NO. 2018-00062680, AS THE SAME IS RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE OF MADISON COUNT, ALABAMA AS DOCUMENT NO. 2020-00095494.**

Also known as 1307 PECAN POINT WAY SE, HUNTSVILLE, AL 35803

TO HAVE AND TO HOLD to the said grantee, his heirs and assigns forever.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26 day of September, 2024.

_Julia M. Johnson_
(NAME OF GRANTOR)

STATE OF ALABAMA )
MADISON COUNTY )

I, Quintasha Burton, a Notary Public, hereby certify that JULIA MARIE JOHNSON, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 26 day of September, 2024.

Notary Public
My Commission Expires: 08-31-2027

Exhibit 3

# Real Estate Sales Validation Form

This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1

Grantor's Name  Julia Marie Johnson          Grantee's Name Julia Cravens Johnson
Mailing Address  1307 Pecan Point Way SE     Mailing Address Revocable Living Trust
                 Huntsville, AL                              1307 Pecan Point Way SE
                 35803                                       Huntsville, AL 35803

Property Address _____        Date of Sale _____
                 _____        Total Purchase Price $ _____
                 _____                      or
                                              Actual Value         $ _____
                                                           or
                                              Assessor's Market Value $ 610,200.00

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one)   (Recordation of documentary evidence is not required)
____ Bill of Sale                             ____ Appraisal
____ Sales Contract                           ____ Other
____ Closing Statement

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

## Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date _____          Print JULIA Cravens Johnson

____ Unattested    _____    Sign Julia Cravens Johnson
                   (verified by)                 (Grantor/Grantee/Owner/Agent) circle one

Form RT-1