In re:                                                                                    Case No. 24-82357-CRJ
Julia Johnson                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-5       User: admin       Page 1 of 2
Date Rcvd: Feb 07, 2025       Form ID: van002       Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Johnson, 1307 Pecan Point Way SE, Huntsville, AL 35803-3451 |
| cr | + | Bryant Bank, c/o Kevin D. Heard, 303 Williams Ave., Ste. 921, Huntsville, AL 35801-6084 |
| 11507889 | + | Bryant Bank, 234 Goodwin Crest Dr, Suite 500, Homewood, AL 35209-3715 |
| 11507890 | + | Hood Law, LLC, 1117 22nd St South, Ste 101-A, Birmingham, AL 35205-2813 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11507893 | | Email/Text: kendall.tubbs@bryantbank.com | Feb 08 2025 00:06:00 | Bryant Bank, PO Box 2087, Birmingham, AL 35201-2087 |
| 11507894 | + | Email/Text: cstewart@Burr.com | Feb 08 2025 00:10:00 | Burr & Forman, LLP, 420 North 20th St, Ste 3400, Birmingham, AL 35203-3284 |
| 11545417 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2025 00:10:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 11507891 | + | Email/Text: Bankruptcy@redfcu.org | Feb 08 2025 00:09:00 | Redstone Federal Credit Union, Attn: Bankruptcy Dept, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 11507892 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 08 2025 00:15:39 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| John C. Larsen | on behalf of Debtor Julia Johnson john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Kevin D. Heard | on behalf of Creditor Bryant Bank kheard@heardlaw.com breanna@heardlaw.com;amanda@heardlaw.com;aary@heardlaw.com;adauro@heardlaw.com;candice@heardlaw.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 24−82357−CRJ13 |
| Julia Johnson | **Chapter** 13 |
| **SSN:** xxx−xx−7598 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*20 −* Trustee's Motion to Dismiss Case Filed by Trustee Michele T. Hatcher. (Hatcheroffice, to)

**Date:  Wednesday, February 19, 2025          Time:  10:00 AM**

**Location:  United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**

        Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

| | |
|---|---|
| Dated:  February 7, 2025 | By: |
| | William M Halcomb, Clerk |
| | United States Bankruptcy Court |

slc