UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Julia Johnson )
SSN: XXX-XX-7598 )
)
) Case No. 24-82357-CRJ-13
) Chapter 13
Debtor(s), )

## REQUEST FOR STATUS CONFERENCE AND MOTION TO ALLOW TRANSFER

1. The case was filed on December 6, 2024.

2. The case has not been confirmed.

3. Counsel became aware that Ms. Johnson created a revocable living trust for the property located at 1307 Pecan Point Way SE Huntsville, AL 35803 on September 26, 2024. This property is Ms. Johnson's current residence. Ms. Johnson has been counseled regarding the propriety of this transfer

4. Ms. Johnson is the trustee of the trust with her daughter, Julie Johnson, and her niece, Sabrian Wells Kennedy as the successors. A copy of the filed trust is attached to this motion.

5. Ms. Johnson is requesting court permission to transfer the property out of the revocable trust in order to satisfy the concerns of the Trustee and the bank and to avoid the appearance of a fraudulent transfer.

6. Counsel has amended the statement of financial affairs to disclose the transfer.

7. Counsel has spoken to Ms. Johnson who is ready to willingly participate in the transfer of the property out of the trust if allowed by this Honorable Court. Counsel and Ms. Johnson believe this transfer will benefit the estate and assist in effectuating the Chapter 13 Plan.

WHEREFORE, debtor moves the Court for an order authorizing her to transfer the property out of the trust back to her individually.

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtors

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the foregoing on all creditors listed on the matrix by mailing the same by United States Mail properly addressed and postage prepaid and to Michele Hatcher, Chapter 13 Trustee, electronically, on this the 11th day of February, 2025.

/s/ John C. Larsen
OF COUNSEL

| Label Matrix for local noticing | Bryant Bank | U. S. Bankruptcy Court |
| --- | --- | --- |
| 1126-5 | c/o Kevin D. Heard | 660 Gallatin Street SW, Room 1320 |
| Case 24-82357-CRJ13 | 303 Williams Ave., Ste. 921 | Huntsville, AL 35801-4913 |
| NORTHERN DISTRICT OF ALABAMA | Huntsville, AL 35801-6084 | |
| Huntsville | | |
| Thu Feb  6 11:06:20 CST 2025 | | |
| Bryant Bank | (p)BRYANT BANK | Burr & Forman, LLP |
| 234 Goodwin Crest Dr | ATTN RESEARCH | 420 North 20th St |
| Suite 500 | PO BOX 2087 | Ste 3400 |
| Homewood, AL 35209-3715 | BIRMINGHAM AL 35201-2087 | Birmingham, AL 35203-3284 |
| Hood Law, LLC | (p)JEFFERSON CAPITAL SYSTEMS LLC | Redstone Federal Credit Union |
| 1117 22nd St South | PO BOX 7999 | Attn: Bankruptcy Dept |
| Ste 101-A | SAINT CLOUD MN 56302-7999 | 220 Wynn Drive |
| Birmingham, AL 35205-2813 | | Huntsville, AL 35893-0001 |
| Synchrony Bank/Sams Club | John C. Larsen | Julia Johnson |
| Attn: Bankruptcy | Larsen Law, P.C. | 1307 Pecan Point Way SE |
| Po Box 965060 | 1733 Winchester Rd | Huntsville, AL 35803-3451 |
| Orlando, FL 32896-5060 | Huntsville, AL 35811-9190 | |
| Michele T. Hatcher | | |
| Chapter 13 Trustee | | |
| P.O. Box 2388 | | |
| Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bryant Bank | Jefferson Capital Systems LLC | End of Label Matrix |
| --- | --- | --- |
| PO Box 2087 | Po Box 7999 | Mailable recipients   12 |
| Birmingham, AL 35201-2087 | St. Cloud, MN 56302-9617 | Bypassed recipients    0 |
| | | Total                 12 |