Deed Book 2024 Page 37593
Madison County, Alabama
Frank Barger, PROBATE JUDGE
Recorded: 9/26/2024 3:35:54 PM
Tran: 773886
$30.75

STATE OF ALABAMA
COUNTY OF MADISON_____

## CERTIFICATE OF TRUST
## FOR

## THE JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST

### Pursuant to AL Code § 19-3B-1013

The undersigned JULIA CRAVENS JOHNSON, being first duly sworn, depose and says that she is at least 19 years of age and is currently acting trustee of THE JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST, (the trust), and further state as follows:

1. THE JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST is a valid, existing trust, having been created by THE JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST AGREEMENT on the 26 day of September, 2024.

2.   A.   The original settlor(s) and successor settlor(s), if any, of the trust is(are) JULIA CRAVENS JOHNSON.

    B.   The following person(s) contributed money, funds, real property, or personal property to the trust: JULIA CRAVENS JOHNSON.

    C.   All of the trust settlors, trustees, and contributors are currently alive.

    D.   The name and address of the currently acting trustees are:

      **Julia Cravens Johnson**
      **1307 Pecan Point Way SE**
      **Huntsville, AL 35803**

    E.   The named successor trustees are my daughter, JULIE JOHNSON, unless she predeceases me; in which case the successor trustee shall be my niece, SABRINA WELLS KENNEDY.

3. The JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST has definite beneficiaries. The same person is not the sole trustee and sole beneficiary.

4. Unless otherwise delineated, the administrative and/or managerial powers of the trustees shall be governed by the trustees powers provisions of the laws of the State of Alabama, including, but not limited to Ala. Code § 19-

3B-815, and the trustees shall be specifically allowed to buy, sell, rent, lease, or otherwise dispose of <u>all</u> trust property, both real and personal.

5. A. The trust is REVOCABLE.

   B. The person(s) holding the power to revoke the trust are the TRUSTEES.

8. The social security number/employer identification number assigned to the trust is: ████████

9. Trust Property should be titled as follows:

   **THE JULIA CRAVENS JOHNSON REVOCABLE LIVING TRUST.**

10. To the best of the undersigned's knowledge, the trust has not been revoked, modified, or amended in any manner that would cause the representations and statements contained herein to be incorrect.

11. No person or entity paying money to or delivering property to Trustees shall be required to see to its application. **All persons or entities relying on this document regarding our Trustees and their powers over trust property shall be held harmless for any resulting loss or liability from such reliance.**

12 A copy of this Certificate of Trust shall be just as valid as the original.

Dated this the 26 day of September, 2024

*Julia Cravens Johnson*
Trustee

STATE OF ALABAMA
COUNTY OF Madison

I, Quintasha Burton Notary Public for the State of Alabama at Large do hereby certify that JULIA CRAVENS JOHNSON, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that

Deed Book 2024 Page 37594 Madison County, Alabama

Case 24-82357-CRJ13   Doc 33   Filed 02/12/25   Entered 02/12/25 09:17:02   Desc Main
Document    Page 2 of 3

being informed of the contents of said document, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this the 26 day of September, 2024.

_____
NOTARY PUBLIC
My commission expires: 08-31-2027

[Notary Seal: QUINTASHA BURTON, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

THIS INSTRUMENT PREPARED BY:
Bobby Lott JR
HUNTSVILLE, ALABAMA