UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| JULIA JOHNSON ) | CASE NO. 24-82357 CRJ-13 |
| ) | |
| SSN XXX-XX-7598 ) | |
| ) | CHAPTER 13 |
| DEBTOR ) | |

## NOTICE OF WITHDRAWAL OF
## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

COMES NOW, Michele T. Hatcher, the Standing Chapter 13 Trustee in the above styled case and withdraws the Trustee's Objection to Debtor's Claim of Exemptions filed on January 24, 2025.

RESPECTFULLY SUBMITTED, this 12th day of February, 2025.

    /s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Julia Johnson
1307 Pecan Point Way SE
Huntsville, AL 35803

John C. Larsen
Attorneys at Law
1733 Winchester Road
Huntsville, AL 35811

    /s/ Michele T. Hatcher
Trustee