**Van−107** [Order Approving Withdrawal (10/24)]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 24−82357−CRJ13 |
| Julia Johnson | **Chapter** 13 |
| **SSN:** xxx−xx−7598 | |

**Debtor(s)**

## ORDER APPROVING WITHDRAWAL

This matter came before the Court on Trustee's Notice of Withdrawal of Objection to Debtor's Claim of Exemptions. The Court having considered the pleading, it is hereby

ORDERED, ADJUDGED, and DECREED that the Notice of Withdrawal of Objection to Debtor's Claim of Exemptions is APPROVED.

Dated: February 12, 2025

/s/ Clifton R. Jessup Jr.
United States Bankruptcy Judge

dws