# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126–5 | User: admin | Date Created: 2/12/2025 |
| Case: 24–82357–CRJ13 | Form ID: van107 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Kevin D. Heard | kheard@heardlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julia Johnson | 1307 Pecan Point Way SE | Huntsville, AL 35803 | |
| cr | Bryant Bank | c/o Kevin D. Heard | 303 Williams Ave., Ste. 921 | Huntsville, AL 35801 |

TOTAL: 2