UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
JULIA JOHNSON, } Case No. 24-82357-CRJ-13
}
Debtor(s). }
} Chapter 13

### ORDER SCHEDULING STATUS CONFERENCE

This case is before the Court on Request for Status Conference and Motion to Allow Transfer filed by counsel for the Debtor. The Court, pursuant to 11 U.S.C. § 105(d), hereby schedules a Status Conference to further the expeditious and economical resolution of this proceeding.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that counsel for the Debtor is directed to appear at the Status Conference on **Monday, March 3, 2025** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the **U.S. Courthouse, 660 Gallatin St SW, 1st Floor Courtroom, Huntsville, AL 35801**. If there is a failure to attend the Status Conference, the Court may enter appropriate orders.

Dated this the 12th day of February, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge