IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| JULIA JOHNSON | ) | CASE NO.: 24-82357-CRJ13 |
| SSN: XXX-XX-7598 | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |

## **CONDITIONAL OBJECTION TO CONFIRMATION**

Comes now, Creditor Bryant Bank ("Bryant"), as a secured creditor in the above-styled Chapter 13 case, and files this Conditional Objection to Confirmation of the Debtor Julia Johnson's ("Debtor's") Chapter 13 Plan [Doc. 2] (the "Plan"); and, in support thereof, hereby realleges and incorporates by reference, the basis for its Conditional Objection to Motion to Allow Sale [Doc. 26], as if fully set out herein. Additionally, unless the Debtor transfers the real property that she transferred to her revocable trust back into her name as part of the bankruptcy estate, Bryant would object to the Plan on the basis that it would not meet the requirements of 11 U.S.C. Section 1325(a)(4)(best interest of creditors) and (a)(6)(feasibility).

WHEREFORE PREMISES CONSIDERED, Bryant respectfully requests that this Court deny confirmation of Debtor's Plan, and grant Bryant such further and additional relief to which it is justly entitled.

Respectfully submitted on this the 13th day of February, 2025.

> */s/ Kevin D. Heard*
> Kevin D. Heard (HEA024)
> *Attorney for Bryant Bank*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
Tel: (256) 535-0817
kheard@heardlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2025, I served a copy of the foregoing **Conditional Objection to Confirmation** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
John C. Larsen for Debtor john@jlarsenlaw.com
Michele T. Hatcher, Chapter 13 Trustee ecf@ch13decatur.com,
michele.hatcher@ch13decatur.com

**Notice will not be electronically mailed to:**

/s/ Kevin D. Heard
KEVIN D. HEARD