# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Julia Johnson | ) | |
| SSN: XXX-XX-7598 | ) | Case No. 24-82357-CRJ-13 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## JOINT MOTION TO CONTINUE

COMES NOW the Debtor, along with Counsel for Bryant Bank, and moves the Court to continue the scheduled hearings to allow additional documents regarding the sale of property to be provided to Bryant Bank and so that all matters may be heard on the same docket.

WHEREFORE, Debtor moves this Court to reschedule the confirmation hearing to March 3, 2025.

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtor

/s/ Kevin Heard
Attorney for Bryant Bank

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served on all creditors on the attached matrix by U.S. mail, postage pre-paid and electronically upon Michele Hatcher, Chapter 13 Trustee, on this the 17th day of February, 2025.

      /s/ John C. Larsen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-5<br>Case 24-82357-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Huntsville<br>Thu Feb  6 11:06:20 CST 2025 | Bryant Bank<br>c/o Kevin D. Heard<br>303 Williams Ave., Ste. 921<br>Huntsville, AL 35801-6084 | U. S. Bankruptcy Court<br>660 Gallatin Street SW, Room 1320<br>Huntsville, AL 35801-4913 |
| Bryant Bank<br>234 Goodwin Crest Dr<br>Suite 500<br>Homewood, AL 35209-3715 | (p)BRYANT BANK<br>ATTN RESEARCH<br>PO BOX 2087<br>BIRMINGHAM AL 35201-2087 | Burr & Forman, LLP<br>420 North 20th St<br>Ste 3400<br>Birmingham, AL 35203-3284 |
| Hood Law, LLC<br>1117 22nd St South<br>Ste 101-A<br>Birmingham, AL 35205-2813 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Redstone Federal Credit Union<br>Attn: Bankruptcy Dept<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Julia Johnson<br>1307 Pecan Point Way SE<br>Huntsville, AL 35803-3451 |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bryant Bank<br>PO Box 2087<br>Birmingham, AL 35201-2087 | Jefferson Capital Systems LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |