# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−5 | User: admin | Date Created: 02/18/2025 |
| Case: 24−82357−CRJ13 | Form ID: pdf000 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
```
tr    Michele T. Hatcher    ecf@ch13decatur.com
aty   John C. Larsen        john@jlarsenlaw.com
aty   Kevin D. Heard        kheard@heardlaw.com
```
                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Julia Johnson              1307 Pecan Point Way SE    Huntsville, AL 35803
cr         Bryant Bank                c/o Kevin D. Heard         303 Williams Ave., Ste. 921    Huntsville, AL 35801
11507889   Bryant Bank                234 Goodwin Crest Dr       Suite 500        Homewood, AL 35209
11507893   Bryant Bank                PO Box 2087                Birmingham, AL 35201−2087
11507894   Burr & Forman, LLP         420 North 20th St          Ste 3400         Birmingham, AL 35203
11507890   Hood Law, LLC              1117 22nd St South         Ste 101−A        Birmingham, AL 35205
11545417   Jefferson Capital Systems LLC    Po Box 7999          St. Cloud, MN 56302−9617
11507891   Redstone Federal Credit Union    Attn: Bankruptcy Dept    220 Wynn Drive    Huntsville, AL 35893
11507892   Synchrony Bank/Sams Club   Attn: Bankruptcy           Po Box 965060    Orlando, FL 32896
```
                                                                TOTAL: 9