# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NO SITE DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | | |
| Julia Johnson | } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #37; Conditional Objection to Confirmation of the Plan filed by Bryant Bank |
| **Date and Time:** | Wednesday, February 19, 2025 10:00 AM |
| **Appearances:** | n/a |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued for hearing on March 3, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801.<br><br>**THE HEARING WILL TAKE PLACE IN PERSON. |

Date Prepared:02/18/2025