# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NO SITE DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Julia Johnson | } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Thursday, February 20, 2025 10:00 AM on the following:

   1) RE: Doc #18; Debtor's Motion to Allow Sale of Property
   2) RE: Doc #21; Trustee's Response
   3) RE: Doc #26; Conditional Objection by Bryant Bank

**It is hereby ORDERED, ADJUDGED and DECREED that:**

The Debtor(s) Motion to Continue Debtor's Motion to Allow Sale of Property Hearing is hereby APPROVED. The Debtor's Motion to Allow Sale of Property Hearing and related matters will be held on March 3, 2025, at 10:00 AM at the United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801.

Dated: 02/18/2025

                                                      /s/ CLIFTON R. JESSUP JR.
                                                      CLIFTON R. JESSUP JR.
                                                      United States Bankruptcy Judge