# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Julia Johnson | } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter came before the Court on Monday, March 03, 2025 10:00 AM, for a hearing on the following:

    Confirmation Hearing

Proper notice of the hearing was given and appearances were made by the following:

    John C. Larsen, attorney for Julia Johnson (Debtor)
    Michele T. Hatcher (Trustee)
    Kevin Heard, attorney for Bryant Bank

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1. To the extent that Rule 2002(b) notice requirements apply to adjournments after the Court has convened the original Confirmation Hearing, the requirements are hereby reduced, for cause, to facilitate confirmation within a reasonable period of time pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure.

2. The Confirmation Hearing and related pleadings are rescheduled for hearing on April 1, 2025 at 10:00 a.m. at the United States Courthouse, Courtroom 1, 660 Gallatin St. SW, Huntsville AL 35801, before the Honorable Clifton R. Jessup, Jr.

3. If the Debtor(s) amend the Plan prior to the reconvened Confirmation Hearing, the Court may consider de minimis, nonsubstantive, or technical amendments to the Plan which do not adversely or materially affect creditors or other parties in interest.

4. If substantive amendments to the Plan are required, the Confirmation Hearing may be convened on the noticed date and rescheduled by announcement on the record of the Confirmation Hearing, without further notice. Alternatively, the Confirmation Hearing may be convened on the noticed date and rescheduled on Order to Show Cause Why the Case Should not be Dismissed for unreasonable delay by the Debtor(s).

5. THE HEARING WILL TAKE PLACE IN PERSON.

Dated: 03/03/2025                           <u>/s/ CLIFTON R. JESSUP JR.</u>
                                                      CLIFTON R. JESSUP JR.
                                                        United States Bankruptcy Judge