# Notice Recipients

District/Off: 1126−5　　　User: admin　　　Date Created: 03/03/2025
Case: 24−82357−CRJ13　　　Form ID: pdf000　　　Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Kevin D. Heard | kheard@heardlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Julia Johnson | 1307 Pecan Point Way SE | Huntsville, AL 35803 | |
| cr | Bryant Bank | c/o Kevin D. Heard | 303 Williams Ave., Ste. 921 | Huntsville, AL 35801 |
| 11507889 | Bryant Bank | 234 Goodwin Crest Dr | Suite 500 | Homewood, AL 35209 |
| 11507893 | Bryant Bank | PO Box 2087 | Birmingham, AL 35201−2087 | |
| 11507894 | Burr & Forman, LLP | 420 North 20th St | Ste 3400 | Birmingham, AL 35203 |
| 11507890 | Hood Law, LLC | 1117 22nd St South | Ste 101−A | Birmingham, AL 35205 |
| 11545417 | Jefferson Capital Systems LLC | Po Box 7999 | St. Cloud, MN 56302−9617 | |
| 11507891 | Redstone Federal Credit Union | Attn: Bankruptcy Dept | 220 Wynn Drive | Huntsville, AL 35893 |
| 11507892 | Synchrony Bank/Sams Club | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |

TOTAL: 9