# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Julia Johnson } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## COURTROOM NOTES CONTINUING

**Matter(s):** RE: Doc #37; Conditional Objection to Confirmation of the Plan filed by Bryant Bank

**Date and Time:** Monday, March 03, 2025 10:00 AM

**Appearances:** John C. Larsen, attorney for Julia Johnson (Debtor)
Michele T. Hatcher (Trustee)
Kevin Heard, attorney for Bryant Bank

**Courtroom Deputy:** Tonya Walker

**Presiding Judge:** CLIFTON R. JESSUP JR.

**Court Notes:** Matter continued in open court for hearing on April 1, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801.

**THE HEARING WILL TAKE PLACE IN PERSON.

Date Prepared: 03/03/2025