# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Julia Johnson } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 } | |
| DEBTOR(S). } | |
| } | |
| } | |

### COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #32; Debtor's Request for Status Conference and Motion to Allow Transfer |
| **Date and Time:** | Monday, March 03, 2025 10:00 AM |
| **Appearances:** | John C. Larsen, attorney for Julia Johnson (Debtor)<br>Michele T. Hatcher (Trustee)<br>Kevin Heard, attorney for Bryant Bank |
| **Courtroom Deputy:** | Tonya Walker |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued in open court for hearing on April 1, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801. |

**THE HEARING WILL TAKE PLACE IN PERSON.

Date Prepared:03/03/2025