United States Bankruptcy Court
Northern District of Alabama

In re:  Case No. 24-82357-CRJ
Julia Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-5     User: admin     Page 1 of 2
Date Rcvd: Mar 03, 2025     Form ID: pdf000     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Johnson, 1307 Pecan Point Way SE, Huntsville, AL 35803-3451 |
| cr | + | Bryant Bank, c/o Kevin D. Heard, 303 Williams Ave., Ste. 921, Huntsville, AL 35801-6084 |
| 11507889 | + | Bryant Bank, 234 Goodwin Crest Dr, Suite 500, Homewood, AL 35209-3715 |
| 11507890 | + | Hood Law, LLC, 1117 22nd St South, Ste 101-A, Birmingham, AL 35205-2813 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11507893 | | Email/Text: kendall.tubbs@bryantbank.com | Mar 04 2025 01:37:00 | Bryant Bank, PO Box 2087, Birmingham, AL 35201-2087 |
| 11507894 | + | Email/Text: cstewart@Burr.com | Mar 04 2025 01:39:00 | Burr & Forman, LLP, 420 North 20th St, Ste 3400, Birmingham, AL 35203-3284 |
| 11545417 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2025 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 11507891 | + | Email/Text: Bankruptcy@redfcu.org | Mar 04 2025 01:38:00 | Redstone Federal Credit Union, Attn: Bankruptcy Dept, 220 Wynn Drive, Huntsville, AL 35893-0001 |
| 11507892 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 02:52:59 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Debtor Julia Johnson john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Kevin D. Heard | on behalf of Creditor Bryant Bank kheard@heardlaw.com breanna@heardlaw.com;amanda@heardlaw.com;aary@heardlaw.com;adauro@heardlaw.com;candice@heardlaw.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

**In the Matter of:**

| | |
|---|---|
| Julia Johnson } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 } | |
| DEBTOR(S). } | |
| } | |
| } | |

**ORDER RESCHEDULING HEARING**

This matter came before the Court on Monday, March 03, 2025 10:00 AM, for a hearing on the following:

Confirmation Hearing

Proper notice of the hearing was given and appearances were made by the following:

John C. Larsen, attorney for Julia Johnson (Debtor)
Michele T. Hatcher (Trustee)
Kevin Heard, attorney for Bryant Bank

**It is therefore ORDERED, ADJUDGED and DECREED that:**

1. To the extent that Rule 2002(b) notice requirements apply to adjournments after the Court has convened the original Confirmation Hearing, the requirements are hereby reduced, for cause, to facilitate confirmation within a reasonable period of time pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure.

2. The Confirmation Hearing and related pleadings are rescheduled for hearing on April 1, 2025 at 10:00 a.m. at the United States Courthouse, Courtroom 1, 660 Gallatin St. SW, Huntsville AL 35801, before the Honorable Clifton R. Jessup, Jr.

3. If the Debtor(s) amend the Plan prior to the reconvened Confirmation Hearing, the Court may consider de minimis, nonsubstantive, or technical amendments to the Plan which do not adversely or materially affect creditors or other parties in interest.

4. If substantive amendments to the Plan are required, the Confirmation Hearing may be convened on the noticed date and rescheduled by announcement on the record of the Confirmation Hearing, without further notice. Alternatively, the Confirmation Hearing may be convened on the noticed date and rescheduled on Order to Show Cause Why the Case Should not be Dismissed for unreasonable delay by the Debtor(s).

5. THE HEARING WILL TAKE PLACE IN PERSON.

Dated: 03/03/2025

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge