## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Julia Johnson }          **Case No: 24-82357-CRJ13**
   SSN: XXX-XX-7598 }
   DEBTOR(S). }
}
}

## COURTROOM NOTES CONTINUING

**Matter(s):**          Confirmation Hearing

**Date and Time:**          Tuesday, April 01, 2025 10:00 AM

**Appearances:**          John C. Larsen, attorney for Julia Johnson (Debtor)
                          Michele T. Hatcher (Trustee)
                          Kevin Heard, attorney for Bryant Bank

**Courtroom Deputy:**          Stephanie Morgan

**Presiding Judge:**          CLIFTON R. JESSUP JR.

**Court Notes:**          Matter continued in open court for hearing on May 7, 2025, at 10:00
                          a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St.
                          SW, Huntsville AL 35801.

                          **THE HEARING WILL TAKE PLACE IN PERSON.

Date Prepared:04/01/2025