# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Julia Johnson  }  **Case No: 24-82357-CRJ13**
 SSN: XXX-XX-7598  }
  DEBTOR(S).  }
  }
  }

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #20; Trustee's Motion to Dismiss Case |
| **Date and Time:** | Tuesday, April 01, 2025 10:00 AM |
| **Appearances:** | John C. Larsen, Attorney for Julia Johnson, (Debtor)<br>Michele T. Hatcher (Trustee)<br>Kevin Heard, attorney for Bryant Bank |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued in open court for hearing on May 7, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801.<br><br>**THE HEARING WILL TAKE PLACE IN PERSON. |

Date Prepared: 04/01/2025