# Notice Recipients

District/Off: 1126–5            User: admin              Date Created: 4/10/2025
Case: 24–82357–CRJ13           Form ID: pdf000          Total: 12

**Recipients of Notice of Electronic Filing:**
tr       Michele T. Hatcher       ecf@ch13decatur.com
aty      John C. Larsen           john@jlarsenlaw.com
aty      Kevin D. Heard           kheard@heardlaw.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Julia Johnson          1307 Pecan Point Way SE        Huntsville, AL 35803
cr        Bryant Bank          c/o Kevin D. Heard        303 Williams Ave., Ste. 921        Huntsville, AL 35801
11507889  Bryant Bank          234 Goodwin Crest Dr        Suite 500        Homewood, AL 35209
11507893  Bryant Bank          PO Box 2087        Birmingham, AL 35201–2087
11507894  Burr & Forman, LLP        420 North 20th St        Ste 3400        Birmingham, AL 35203
11507890  Hood Law, LLC        1117 22nd St South        Ste 101–A        Birmingham, AL 35205
11545417  Jefferson Capital Systems LLC        Po Box 7999        St. Cloud, MN 56302–9617
11507891  Redstone Federal Credit Union        Attn: Bankruptcy Dept        220 Wynn Drive        Huntsville, AL
          35893
11507892  Synchrony Bank/Sams Club        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896

                                                                    TOTAL: 9