IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Julia Johnson | ) | |
| SSN: XXX-XX-7598 | ) | Case No. 24-82357-CRJ-13 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

OBJECTION TO CLAIM

Comes now the Debtor, Julia Johnson, and objects to the secured Claim #3 of Bryant Bank filed on February 14, 2025 in the amount of $623,177.13 Secured with interest accruing at the rate of 8.50%. In support of this objection, Debtor states as follows:

1. The case was filed on December 6, 2024.
2. Bryant Bank filed a secured claim on February 14, 2025 (Claim 3) in the amount $623,177.13 Secured with interest accruing at the rate of 8.50%. on property address 11008 Everest Circle SE Huntsville, AL 35803
3. With the Court's permission (order entered 4/10/25, Doc. 65), the property was sold on April 24, 2025.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor respectfully requests that Bryant Bank's claim number 3 be disallowed as filed in this case. Creditor shall be allowed ninety (90) days to file a deficiency claim from the date the order on the objection to claim is entered.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO INTEREST SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL  35811
(256) 859-3008

CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing has been served upon the following by depositing copies of this objection in the United States Mail, properly addressed and postage prepaid, on this the 29th of April, 2025.

  Bryant Bank
  Kevin Heard, Claims Signatory
  303 Williams Ave SW Suite 921
  Huntsville, AL 35801

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 29th of April, 2025.

            /s/  John C. Larsen