# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Julia Johnson )| | |
| SSN: XXX-XX-7598 )| Case No. 24-82357-CRJ-13 | |
| )| | |
| )| Chapter 13 | |
| )| | |
| Debtor(s). )| | |

<u>JOINT MOTION TO CONTINUE</u>

COMES NOW the Debtor, along with Counsel for Bryant Bank, and moves the Court to continue the scheduled hearings to allow Bryant Bank to file an amended claim for a deficiency balance.

WHEREFORE, Debtor moves this Court to reschedule the confirmation hearing to June 4, 2025.

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtor

/s/ Kevin Heard
Attorney for Bryant Bank

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on all creditors on the attached matrix by U.S. mail, postage pre-paid and electronically upon Michele Hatcher, Chapter 13 Trustee, on this the 29th day of April, 2025.

/s/  John C. Larsen

| Label Matrix for local noticing<br>1126-5<br>Case 24-82357-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Huntsville<br>Tue Apr 29 13:50:48 CDT 2025 | Bryant Bank<br>c/o Kevin D. Heard<br>303 Williams Ave., Ste. 921<br>Huntsville, AL 35801-6084 | U. S. Bankruptcy Court<br>660 Gallatin Street SW, Room 1320<br>Huntsville, AL 35801-4913 |
|---|---|---|
| Bryant Bank<br>234 Goodwin Crest Dr<br>Suite 500<br>Homewood, AL 35209-3715 | (p)BRYANT BANK<br>ATTN RESEARCH<br>PO BOX 2087<br>BIRMINGHAM AL 35201-2087 | Burr & Forman, LLP<br>420 North 20th St<br>Ste 3400<br>Birmingham, AL 35203-3284 |
| Hood Law, LLC<br>1117 22nd St South<br>Ste 101-A<br>Birmingham, AL 35205-2813 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Redstone Federal Credit Union<br>Attn: Bankruptcy Dept<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 |
| Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Julia Johnson<br>1307 Pecan Point Way SE<br>Huntsville, AL 35803-3451 |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bryant Bank<br>PO Box 2087<br>Birmingham, AL 35201-2087 | Jefferson Capital Systems LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | End of Label Matrix<br>Mailable recipients 12<br>Bypassed recipients 0<br>Total 12 |
|---|---|---|