# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Julia Johnson | } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Wednesday, May 07, 2025 10:00 AM on the following:

   1) Confirmation Hearing
   2) RE: Doc #20; Trustee's Motion to Dismiss Case
   3) RE: Doc #37; Conditional Objection to Confirmation of the Plan filed by Bryant Bank

**It is hereby ORDERED, ADJUDGED and DECREED that:**

The Debtor(s) Motion to Continue Confirmation Hearing is hereby APPROVED. The Confirmation Hearing and related matters will be held on June 4, 2025, at 10:00 AM at the United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801.

Dated: 04/29/2025

                                                       /s/ CLIFTON R. JESSUP JR.
                                                       CLIFTON R. JESSUP JR.
                                                       United States Bankruptcy Judge