IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Julia Johnson )
      SSN: XXX-XX-7598 ) Case No. 24-82357-CRJ-13
       )
       ) Chapter 13
       )
      Debtor(s). )

NOTICE OF WITHDRAWAL

    COMES NOW the Debtor, Julia Johnson, and withdraws previously filed document #67, Objection to Claim of Bryant Bank.

                                                Respectfully submitted,

                                               /s/  John C. Larsen
                                               Attorney for Debtor

OF COUNSEL:
Larsen Law, PC
1733 Winchester Rd.
Huntsville, AL  35811
(256) 859-3008

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing has been served upon the following by depositing copies of this objection in the United States Mail, properly addressed and postage prepaid, on this the 16th day of May, 2025.

        Bryant Bank
        Kevin Heard, Claims Signatory
        303 Williams Ave SW Suite 921
        Huntsville, AL 35801

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 16th day of May, 2025.

                                               /s/  John C. Larsen