**Van−107** [Order Approving Withdrawal (10/24)]

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 24−82357−CRJ13 |
| Julia Johnson | **Chapter** 13 |
| **SSN:** xxx−xx−7598 | |

**Debtor(s)**

## ORDER APPROVING WITHDRAWAL

This matter came before the Court on Debtor's Notice of Withdrawal of Objection to Claim #3 filed by Bryant Bank. The Court having considered the pleading, it is hereby

ORDERED, ADJUDGED, and DECREED that the Notice of Withdrawal of objection to Claim #3 filed by Bryant Bank is APPROVED.

Dated: May 16, 2025

/s/ Clifton R. Jessup Jr.
United States Bankruptcy Judge

dws