# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−5 | User: admin | Date Created: 5/16/2025 |
| Case: 24−82357−CRJ13 | Form ID: van107 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Kevin D. Heard | kheard@heardlaw.com |

                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julia Johnson | 1307 Pecan Point Way SE | Huntsville, AL 35803 | |
| cr | Bryant Bank | c/o Kevin D. Heard | 303 Williams Ave., Ste. 921 | Huntsville, AL 35801 |
| 11507889 | Bryant Bank | 234 Goodwin Crest Dr | Suite 500 | Homewood, AL 35209 |
| 11507893 | Bryant Bank | PO Box 2087 | Birmingham, AL 35201−2087 | |

                                                    TOTAL: 4