# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Julia Johnson } **Case No: 24-82357-CRJ13**
 SSN: XXX-XX-7598 }
  DEBTOR(S). }
 }
 }

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #37; Conditional Objection to Confirmation of the Plan filed by Bryant Bank |
| **Date and Time:** | Wednesday, June 04, 2025 10:00 AM |
| **Appearances:** | Kevin Heard, attorney for Bryant Bank<br>John C. Larsen, attorney for Julia Johnson (Debtor)<br>Michele T. Hatcher (Trustee) |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued in open court for hearing on July 2, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801.<br><br>**\*\*THE HEARING WILL TAKE PLACE IN PERSON.** |

Date Prepared: 06/05/2025