# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Julia Johnson | } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | Confirmation Hearing |
| **Date and Time:** | Wednesday, July 02, 2025 10:00 AM |
| **Appearances:** | John C. Larsen, attorney for Julia Johnson (Debtor) |
| | Michele T. Hatcher (Trustee) |
| | Kevin Heard, attorney for Bryant Bank |
| **Courtroom Deputy:** | Tonya Walker |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued in open court for hearing on August 6, 2025, at 10:00 a.m. at the United States Courthouse, Courtroom I, 660 Gallatin St. SW, Huntsville AL 35801. |
| | |
| | **THE HEARING WILL TAKE PLACE IN PERSON. |

Date Prepared:07/02/2025