IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Julia Johnson )
    SSN: XXX-XX-7598 ) Case No. 24-82357-CRJ-13
)
) Chapter 13
)
Debtor(s). )

## OBJECTION TO CLAIM

Comes now the Debtor, Julia Johnson and objects to Claim #3-2 of Bryant Bank on May 12, 2025 in the amount of $183,300.31. In support of this objection, Debtor states as follows:

1. The case was filed on December 6, 2024.
2. Bryant Bank filed an amended claim on May 12, 2025 (Claim 3-2) in the amount of $183,300.31 for the balance remaining after the sale of the property located at 11008 Everest Circle Southeast Huntsville, AL 35803.
3. Debtor believes that the amended proof of claim is inaccurate and is requesting supporting documentation for the amended claim

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor respectfully requests that Bryant Bank's claim number 3-2 be disallowed as filed in this case.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS OBJECTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 30 DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE OBJECTION TO PROOF OF CLAIM AS TO INTEREST SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

                          Respectfully submitted,

                          /s/ John C. Larsen
                          Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing has been served upon the following by depositing copies of this objection in the United States Mail, properly addressed and postage prepaid, on this the 25th day of July. 2025.

      Bryant Bank
      Kevin Heard, Claims Signatory
      303 Williams Ave SW, Suite 921
      Huntsville, AL 35801

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 25th day of July. 2025.

      /s/ John C. Larsen