IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In the Matter of: | ) | |
|---|---|---|
| | ) | |
| JULIA JOHNSON | ) | CASE NO.: 24-82357-CRJ13 |
| SSN: XXX-XX-7598 | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |

## RESPONSE IN OPPOSITION TO OBJECTION TO CLAIM

Comes now, Creditor Bryant Bank ("Bryant") and files this Response in Opposition to the Objection to Claim No. 3-2 and in support thereof states as follows:

1. Debtor filed for relief under Chapter 13 of Title 11 in this district and division on December 6, 2024.

2. Pre-petition, the Debtor owed Bryant Bank approximately $623,177.13, plus accrued interest, late charges and attorney fees, which debt was secured by a mortgage upon certain real property owned by the Debtor and located at 11008 Everest Circle SE, Huntsville, Alabama 35803 (hereinafter, the "Property"). Bryant properly recorded its mortgage in the Office of the Judge of Probate for Madison County, Alabama, on May 18, 2022, at Mortgage Book 2022, Page 132059.

3. Seventy-one days prior to filing of this bankruptcy the Debtor conveyed to the Julia Cravens Johnson Revocable Trust certain real property located at 1307 Pecan Point Way SE, Huntsville, Alabama. Upon information and belief, the Debtor used the proceeds from the loan it obtained from Bryant to purchase the property located at 1307 Pecan Point Way SE, Huntsville, Alabama.

4. According to the Debtor's schedules, the Property located at 1307 Pecan Point Way has a value of approximately $610,200 [Doc 1]. Based on information provided by the Debtor

1

and according to the Madison County Public Records, there is no mortgage on this property.

5.  Post-petition, at the insistence of Bryant Bank and the Trustee, the Debtor reversed the transfer of the 1307 Pecan Point Way property and the real property was quitclaimed back to the Debtor.

6.  On April 10, 2025, this Court approved the Debtor's Motion to Sell the real property located at 11008 Everest Circle SE Huntsville, Alabama 35803.

7.  As of the closing date Bryant bank was owed the following sum:

| | |
|---|---|
| Balance Owed as to April 25, 2025 | $ 648,803.19 |
| Credit for Sale Proceeds | $ (465,502.88) |
| Balance Due Post Closing | $ 183,300.31 |

8.  Thus, the remaining balance of $183,300.31 is simply the deficiency balance that was owed after due credit has been given for the sale proceeds that Bryant received upon the sale of the house on Everest. A copy of the HUD settlement statement was given to the Debtor at closing and it attached hereto.

WHEREFORE PREMISES CONSIDERED, Bryant respectfully requests that this Court overrule the Debtor's objection to its claim number 3 and grant it such further and additional relief to which it is justly entitled.

Respectfully submitted on this the 22nd of August, 2025.

/s/ Kevin D. Heard
Kevin D. Heard (HEA024)
*Attorney for Bryant Bank*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801
Tel: (256) 535-0817
kheard@heardlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd of August, 2025, I served a copy of the foregoing **Response in Opposition to Objection to Claim** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
John C. Larsen for Debtor john@jlarsenlaw.com
Michele T. Hatcher, Chapter 13 Trustee ecf@ch13decatur.com, michele.hatcher@ch13decatur.com

**Notice will not be electronically mailed to:**

                                                        /s/ Kevin D. Heard
                                                        KEVIN D. HEARD