United Title, LLC  
ALTA Universal ID: ▓▓▓▓▓▓▓  
415A Church Street NW, Suite 200  
Huntsville, AL 35801  
(256) 808-0112

ALTA Combined Settlement Statement

| | |
|---|---|
| File #: | 2024-70 |
| Print Date & Time: | 04/21/2025 at 10:45 AM CDT |
| Real Estate Manager: | Tiffany Sinclair |
| Settlement Location: | 415A Church Street NW, Suite 200, Huntsville, AL, 35801 |
| Property | 11008 Everest Circle Southeast, Huntsville, AL 35803 |
| Buyer | Stanley Paul Tillman and Josey L. Tillman |
| Seller | Julia M. Johnson, 1307 Pecan Point Way, Huntsville, AL 35803 |
| Lender | Redstone Federal Credit Union, 220 Wynn Drive, Huntsville, AL 35893 |
| Settlement Date | 04/24/2025 |
| Disbursement Date | 04/24/2025 |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $510,000.00 | Sale Price of Property | $510,000.00 | |
| | | Deposit | | $5,100.00 |
| | | Loan Amount | | $408,000.00 |
| $10,254.44 | | Seller Credit | | $10,254.44 |
| $465,502.88 | | Proceeds to Bryant Bank | | |
| | | **Prorations/Adjustments** | | |
| | $137.91 | Assessments 04/24/2025 to 12/31/2025 | $137.91 | |
| $2,402.60 | | County Taxes 10/01/2024 to 04/24/2025 | | $2,402.60 |
| | | **Loan Charges** | | |
| | | Origination Fee | $1,295.00 | |
| | | Appraisal Fee to Griffin Appraisals ($565.00 POC by Borrower) | | |
| | | Credit Report to EQUIFAX MORTGAGE SOLUTIONS | $59.92 | |
| | | Flood Certification to SnapFlood | $6.00 | |
| | | Tax Service to Lereta, LLC | $89.00 | |
| | | Prepaid Interest ($72.66 per day from 04/24/2025 to 05/01/2025) | $508.62 | |
| | | **Impounds** | | |
| | | Homeowner's insurance $307.67 per month for 2 mo. | $615.34 | |
| | | Property taxes $356.51 per month for 8 mo. | $2,852.08 | |
| | | Aggregate adjustment | | $1,846.02 |
| | | **Payoff(s)** | | |
| | | Payoff to Bryant Bank | | |
| | | Principal : $587,947.73 | | |
| | | Interest : $40,004.40 | | |
| | | Release : $25.00 | | |
| | | Late Charge : $400.00 | | |
| | | Demand Fee: $800.00 | | |

Produced by United Title, LLC  
Using Qualia  
Case 24-82357-CRJ13    Doc 91-1    Filed 08/22/25    Entered 08/22/25 14:23:53    Desc  
Settlement Statement    Page 1 of 3  
File # 2024-70  
Printed on 04/21/2025 at 10:45 AM CDT

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Government Recording and Transfer Charges | | |
| $56.50 | | Recording Fees | $114.50 | |
| | | ---Deed: $28.25 | | |
| | | ---Mortgage: $86.25 | | |
| | | ---Other Document: $28.25 | | |
| | | ---Other Document 2: $28.25 | | |
| | | Deed Tax - State (Deed) to Madison County Probate Office | $510.00 | |
| $10.50 | | E-Recording Fee to Madison County Probate Office | $10.50 | |
| | | | | |
| | | Commission | | |
| $14,330.00 | | Listing Agent Commission to First Class Real Estate Group, LLC - RE/MAX Today | | |
| $15,300.00 | | Selling Agent Commission to Keller Williams Intown Partners | | |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Title - Courier Fee to United Title, LLC | $30.00 | |
| | | Title - CPL (Lender) to First American Title Insurance Company | $25.00 | |
| $87.50 | | Title - Insurance Binder Fee to United Title, LLC | $87.50 | |
| $75.00 | | Title - Lender's Title Policy to First American Title Insurance Company | $75.00 | |
| $30.00 | | Title - Payoff Processing Fee to United Title, LLC | | |
| | | Title - Settlement or Closing Fee to United Title, LLC | $650.00 | |
| | | Title - Title Review Fee to United Title, LLC | $150.00 | |
| | | Title - Title Search/Abstract Fee to Expert Title Services | $225.00 | |
| $175.00 | | Title - Document Preparation to McCurry, Miller and Hoekenschnieder, LLC | | |
| $30.00 | | Title - Fraud Prevention Service to Closinglock | $30.00 | |
| $875.00 | | Title - Owner's Title Policy to First American Title Insurance Company | $875.00 | |
| | | | | |
| | | Miscellaneous | | |
| | | HOA Doc Fee to Hughes Properties II | $200.00 | |
| $970.00 | | Home Warranty to Old Republic Home Protection Company Inc | | |
| $38.49 | | Release Tracking to Require Inc. | | |
| | | Homeowner's Insurance Premium to Alfa Insurance | $3,692.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $510,137.91 | $510,137.91 | Subtotals | $522,238.37 | $427,603.06 |
| | | Due from Buyer | | $94,635.31 |
| | $0.00 | Due from Seller | | |
| $510,137.91 | $510,137.91 | Totals | $522,238.37 | $522,238.37 |

See signature addendum

Produced by United Title, LLC
Using Qualia
Case 24-82357-CRJ13    Doc 91-1    Filed 08/22/25    Entered 08/22/25 14:23:53    Desc
Settlement Statement    Page 2 of 3
File # 2024-70
Printed on 04/21/2025 at 10:45 AM CDT

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize United Title, LLC to cause the funds to be disbursed in accordance with this statement.

_____ _____   _____ _____
Stanley Paul Tillman                                                            Date      Julia M. Johnson                                                                  Date

_____ _____
Josey L. Tillman                                                                    Date


_____ _____
Settlement Agent                                                                 Date

Produced by United Title, LLC
Using Qualia

Case 24-82357-CRJ13    Doc 91-1    Filed 08/22/25    Entered 08/22/25 14:23:53    Desc
Settlement Statement    Page 3 of 3

2024-70
Printed on 04/21/2025