# Notice Recipients

District/Off: 1126–5    User: admin    Date Created: 8/25/2025
Case: 24–82357–CRJ13    Form ID: van002    Total: 8

**Recipients of Notice of Electronic Filing:**
tr    Michele T. Hatcher    ecf@ch13decatur.com
aty   John C. Larsen        john@jlarsenlaw.com
aty   Kevin D. Heard        kheard@heardlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Julia Johnson    1307 Pecan Point Way SE    Huntsville, AL 35803
cr          Bryant Bank      c/o Kevin D. Heard    303 Williams Ave., Ste. 921    Huntsville, AL 35801
11507889    Bryant Bank      234 Goodwin Crest Dr    Suite 500    Homewood, AL 35209
11507893    Bryant Bank      PO Box 2087    Birmingham, AL 35201–2087
11675213    Bryant Bank      Kevin Heard, Claims Signatory    303 Williams Ave SW, Suite 921    Huntsville, AL 35801

TOTAL: 5