**Van−002** [Notice of Hearing] (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 24−82357−CRJ13 |
| Julia Johnson | **Chapter** 13 |
| **SSN:** xxx−xx−7598 | |
| **Debtor(s)** | |

## CORRECTED
## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*86* – Objection to Claim # 3 of Bryant Bank in the amount of $183300.31 Filed by Debtor Julia Johnson. (Larsen, John)

*91* – Response to (Re Item: 86 Objection to Claim filed by Debtor Julia Johnson) Response in Opposition to Objection to Claim, Filed by Creditor Bryant Bank (Attachments: # 1 Settlement Statement) (Heard, Kevin)

**Date:** Wednesday, October 8, 2025     **Time:** 10:00 AM

**Location:** United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: August 26, 2025

By:

William M Halcomb, Clerk
United States Bankruptcy Court

mmb