In re:  Case No. 24-82357-CRJ
Julia Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1126-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: van002 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Johnson, 1307 Pecan Point Way SE, Huntsville, AL 35803-3451 |
| cr | + | Bryant Bank, c/o Kevin D. Heard, 303 Williams Ave., Ste. 921, Huntsville, AL 35801-6084 |
| 11675213 | + | Bryant Bank, Kevin Heard, Claims Signatory, 303 Williams Ave SW, Suite 921, Huntsville, AL 35801-6084 |
| 11507889 | + | Bryant Bank, 234 Goodwin Crest Dr, Suite 500, Homewood, AL 35209-3715 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11507893 | Email/Text: kendall.tubbs@bryantbank.com | Aug 27 2025 03:50:00 | Bryant Bank, PO Box 2087, Birmingham, AL 35201-2087 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Debtor Julia Johnson john@jlarsenlaw.com lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Kevin D. Heard | on behalf of Creditor Bryant Bank kheard@heardlaw.com breanna@heardlaw.com;msanders@heardlaw.com;aary@heardlaw.com;adauro@heardlaw.com;candice@heardlaw.com |

Michele T. Hatcher
                  ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                                                    **Case No.** 24−82357−CRJ13
Julia Johnson                                                   **Chapter** 13
**SSN:** xxx−xx−7598

       **Debtor(s)**

# CORRECTED
# NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*86* − Objection to Claim # 3 of Bryant Bank in the amount of $183300.31 Filed by Debtor Julia Johnson. (Larsen, John)

*91* − Response to (Re Item: 86 Objection to Claim filed by Debtor Julia Johnson) Response in Opposition to Objection to Claim, Filed by Creditor Bryant Bank (Attachments: # 1 Settlement Statement) (Heard, Kevin)

**Date:**  Wednesday, October 8, 2025          **Time:**  10:00 AM

**Location:**  United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801

      Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  August 26, 2025                                                     By:

                                                                           William M Halcomb, Clerk
                                                                           United States Bankruptcy Court

mmb