IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| JULIA JOHNSON ) | CASE NO.: 24-82357-CRJ13 |
| SSN: XXX-XX-7598 ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |

## **MOTION TO CONTINUE HEARING**

Comes now, Creditor Bryant Bank ("Bryant"), and hereby moves this Honorable Court to continue the hearing on the Debtor's Objection to Claim #3-2 of Bryant Bank [Doc. 86] and Bryant's Response in Opposition to the Objection to Claim No. 3-2 [Doc. 91]. In support of this Motion, Debtor states as follows:

1. A hearing on the Motion is set to take place on October 8, 2025, at 10:00 AM, at the United States Courthouse, Courtroom I, 660 Gallatin Street SW, Huntsville, Alabama 35801.

2. Counsel for Bryant Bank has a scheduling conflict that day, and is not able to attend the scheduled hearing. Debtor, therefore, requests that the hearing on the Motion be continued to a later docket.

WHEREFORE PREMISES CONSIDERED, Debtor respectfully requests this Honorable Court continue the hearing on the Debtor's Objection to Claim #3-2 of Bryant Bank [Doc. 86] and Bryant's Response in Opposition to the Objection to Claim No. 3-2 [Doc. 91] to a later docket, plus grant it such further and additional relief as this Court deems just and proper.

Respectfully submitted this 3rd day of October, 2025.

                                                                      */s/ Kevin D. Heard*
                                                                      Kevin D. Heard
                                                                       Attorney for Bryant Bank

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, Alabama 35801
(256) 535-0817
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of October, 2025, I served a copy of the foregoing **Motion to Continue Hearing** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
John C. Larsen for Debtor john@jlarsenlaw.com
Michele T. Hatcher, Chapter 13 Trustee ecf@ch13decatur.com, michele.hatcher@ch13decatur.com

**Notice will not be electronically mailed to:**

/s/ Kevin D. Heard
KEVIN D. HEARD