# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Julia Johnson } | **Case No: 24-82357-CRJ13** |
| SSN: XXX-XX-7598 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Wednesday, October 08, 2025 10:00 AM on the following:

   1) RE: Doc #86; Debtor's Objection to Claim #3-2 of Bryant Bank
   2) RE: Doc #91; Response filed by Bryant Bank

**It is hereby ORDERED, ADJUDGED and DECREED that:**

The Debtor's Motion to Continue Hearing on Debtor's Objection to Claim No. 3 and Creditor's Response thereto is hereby APPROVED. The hearing will be held on October 20, 2025, at 10:00 AM at the United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801.

Dated: 10/06/2025

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge