# Notice Recipients

District/Off: 1126–5   User: admin   Date Created: 10/06/2025
Case: 24–82357–CRJ13   Form ID: pdfptys   Total: 5

**Recipients of Notice of Electronic Filing:**
tr     Michele T. Hatcher     ecf@ch13decatur.com
aty     John C. Larsen     john@jlarsenlaw.com
aty     Kevin D. Heard     kheard@heardlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Julia Johnson     1307 Pecan Point Way SE     Huntsville, AL 35803
cr     Bryant Bank     c/o Kevin D. Heard     303 Williams Ave., Ste. 921     Huntsville, AL 35801

TOTAL: 2