United States Bankruptcy Court
Northern District of Alabama

| In re: | Case No. 24-82357-CRJ |
|---|---|
| Julia Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 1126-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdfptys | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia Johnson, 1307 Pecan Point Way SE, Huntsville, AL 35803-3451 |
| cr | + | Bryant Bank, c/o Kevin D. Heard, 303 Williams Ave., Ste. 921, Huntsville, AL 35801-6084 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Debtor Julia Johnson john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Kevin D. Heard | on behalf of Creditor Bryant Bank kheard@heardlaw.com breanna@heardlaw.com;msanders@heardlaw.com;aary@heardlaw.com;adauro@heardlaw.com;candice@heardlaw.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| Julia Johnson<br>SSN: XXX-XX-7598<br>DEBTOR(S). | }<br>}<br>}<br>}<br>} | **Case No: 24-82357-CRJ13** |

**ORDER RESCHEDULING HEARING**

This matter was scheduled for a hearing on Wednesday, October 08, 2025 10:00 AM on the following:

1) RE: Doc #86; Debtor's Objection to Claim #3-2 of Bryant Bank
2) RE: Doc #91; Response filed by Bryant Bank

**It is hereby ORDERED, ADJUDGED and DECREED that:**

The Debtor's Motion to Continue Hearing on Debtor's Objection to Claim No. 3 and Creditor's Response thereto is hereby APPROVED. The hearing will be held on October 20, 2025, at 10:00 AM at the United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801.

Dated: 10/06/2025

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge